### ERWIN vs. MARTIN.

A subpœna may be charged for every four witnesses. Fee for service of papers not allowable unless requiring an answer.

ON a motion for retaxation of a bill of costs in this case, the court decided that where there are more than four witnesses subpœnaed, a party may charge for the engrossing and seal of as many more subpœnas as are used, allowing one subpœna to every four witnesses. They also decided that no fee is taxable for the service of a paper, unless it is a paper requiring an answer.

### NORTON vs. COLT and NOWLAN.

An affidavit is defective sworn to before a deputy clerk.

A MOTION for judgment as in case of nonsuit was denied in this cause, because the affidavit on which it was founded was sworn to before a *deputy-clerk* of a county, the clerk being in full life.